FILED
CLERK, U.S. DISTRICT COURT

JAN - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GARY MAURICE TOWNES, | No. CV 05-7228-SGL (PLA) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ROBERT J. HERNANDEZ, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 12-30-07

HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE